August 24, 2007

Mr. Joseph Robert Larsen
Ogden Gibson White Broocks & Longoria, L.L.P.
711 Louisiana, Suite 2100
Houston, TX 77002
Mr. Jeffrey S. Davis
Michael J. Rogers, P.C.
108 East Chambers Street
Cleburne, TX 76031

RE: Case Number: 05-1092
 Court of Appeals Number: 10-03-00369-CV
 Trial Court Number: 249-13-99

Style: RUSSELL GAINES AND SOUTHWEST GUARANTY MORTGAGE CORP.
 v.
 ROGER KELLY

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Richard P. |
| |Corrigan |
| |Mr. David Lloyd |
| |Ms. Sharri Roessler|